QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  Melissa J. Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

  David W. Quinto (Bar No. 106232)
  davidquinto@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

*Attorneys for Defendant Barnesandnoble.com LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Spring Design Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Barnesandnoble.com LLC, <br><br> Defendant. | CASE NO. 5:09-cv-05185-JW <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXCEED PAGE LIMIT ON DEFENDANT'S OPPOSITION TO PLAINTIFF SPRING DESIGN INC.'S MOTION FOR A PRELIMINARY INJUNCTION AND PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR A PRELIMINARY INJUNCTION** <br><br> Trial Date:  None set |

## STIPULATION

WHEREAS, plaintiff Spring Design Inc. ("Spring") filed a complaint against defendant Barnesandnoble.com LLC ("B&N") on November 2, 2009 and a first amended complaint on November 11, 2009;

WHEREAS, Spring filed a motion for a preliminary injunction against B&N on November 11, 2009, along with a motion to shorten time and an administrative motion to exceed page limits on its preliminary injunction motion;

WHEREAS, on November 13, 2009, the Court granted Spring's Administrative Motion for Leave To Exceed Page Limit for Its Motion for a Preliminary Injunction, allowing Spring's preliminary injunction motion to increase in length from twenty-five (25) to thirty (30) pages;

WHEREAS, pursuant to the Court's November 13, 2009 Order granting, as modified, Spring's Motion To Shorten Time, B&N's opposition to Spring's preliminary injunction motion is due on November 20, 2009, and Spring's reply in support of its preliminary injunction motion is due on November 23, 2009;

WHEREAS, Civil Local Rule 7-4(b) sets forth a limit of twenty-five (25) pages for B&N's opposition brief and fifteen (15) pages for Spring's reply brief;

WHEREAS, the parties agree that B&N should be permitted to file an opposition brief that does not exceed thirty (30) pages; and Spring should be permitted to file a reply brief that does not exceed eighteen (18) pages.

NOW, WHEREFORE, pursuant to Civil Local Rule 7-11, B&N and Spring stipulate as follows:

B&N may exceed the 25-page limit by five (5) pages, thus changing the maximum length of its opposition to Spring's motion for a preliminary injunction to thirty (30) pages exclusive of exhibits, attachments, declarations, table of contents, table of authorities, and proof of service. Spring may exceed the 15-page limit by three (3) pages, thus changing the maximum length of its reply in support of its motion for a preliminary injunction to eighteen (18) pages exclusive of

1 | exhibits, attachments, declarations, table of contents, table of authorities, and proof of service.

2

3 | IT IS SO AGREED AND STIPULATED.

4

5 | DATED: November 19, 2009        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

6

7

           By */s/ Melissa J. Baily*
8             Melissa J. Baily
              Attorneys for Defendant Barnesandnoble.com LLC

9

10 | DATED: November 19, 2009        FENWICK & WEST LLP

11

12

           By */s/ David Hadden*
13            J. David Hadden
              Attorneys for Plaintiff Spring Design Inc.

14

15

### **ATTESTATION PURSUANT TO GENERAL ORDER 45**

16

17 | Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

18

19

20 | Dated: November 19, 2009

21                       By:       */s/ Melissa J. Baily*
                                     Melissa J. Baily

22

23

24

25

26

27

28

1  **[~~PROPOSED~~] ORDER**

2  Based on the foregoing stipulation of the parties, it is hereby ordered that:

3  The page limit for Defendant Barnesandnoble.com LLC's opposition to Plaintiff's Motion

4  for a Preliminary Injunction, due November 20, 2009, shall be thirty (30) pages. The page limit

5  for Plaintiff Spring Design, Inc.'s reply, due November 23, 2009, shall be eighteen (18) pages.

6  PURSUANT TO STIPULATION, IT IS SO ORDERED.

7  This Order terminates Defendant's Motion to Extend Page Limits (Docket Item No. 33).

8  DATED: November 20, 2009

_____
The Honorable James Ware
United States District Judge