1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
     Melissa J. Baily (Bar No. 237649)
3    melissabaily@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California  94111
   Telephone:     (415) 875-6600
5  Facsimile:     (415) 875-6700

6    David W. Quinto (Bar No. 106232)
     davidquinto@quinnemanuel.com
7  865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017
8  Telephone:     (213) 443-3000
   Facsimile:     (213) 443-3100

*Attorneys for Defendant Barnesandnoble.com LLC*

**IT IS SO ORDERED**
*Judge James Ware*
12/14/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Spring Design Inc., | CASE NO. 5:09-cv-05185-JW |
| Plaintiff, | **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT'S RESPONSIVE PLEADING** |
| vs. | |
| Barnesandnoble.com LLC, | Trial Date:    None set |
| Defendant. | |

02706.51620/3219084.3

Case No. 5:09-cv-05185-JW
JOINT STIPULATION TO EXTEND TIME TO RESPOND

# STIPULATION

Pursuant to Local Rule 6-1(a), Plaintiff Spring Design Inc. ("Spring") and Defendant Barnesandnoble.com LLC ("BN"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Spring served its First Amended Complaint on November 12, 2009;

WHEREAS, the deadline for BN to answer or otherwise respond to the First Amended Complaint is November 30, 2009; and

WHEREAS, both parties have agreed that the time for BN to answer or otherwise respond to the First Amended Complaint should be extended by 14 days;

THE PARTIES HEREBY STIPULATE that Defendant Barnesandnoble.com LLC shall have until December 14, 2009 to answer or otherwise respond to the First Amended Complaint.

DATED: November 25, 2009   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By */s/ Melissa J. Baily*
Melissa J. Baily
Attorneys for Defendant Barnesandnoble.com LLC

DATED: November 25, 2009   FENWICK & WEST LLP

By */s/ Lynn H. Pasahow*
Lynn H. Pasahow
Attorneys for Plaintiff Spring Design Inc.

/ / /

/ / /

/ / /

/ / /

/ / /

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

DATED: November 25, 2009         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By  */s/ Melissa J. Baily*
    Melissa J. Baily