LYNN H. PASAHOW (CSB NO. 054283)
lpasahow@fenwick.com
J. DAVID HADDEN (CSB NO. 176148)
dhadden@fenwick.com
SAINA S. SHAMILOV (CSB NO. 215636)
sshamilov@fenwick.com
ELIZABETH J. WHITE (CSB NO. 262073)
bwhite@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     (650) 988-8500
Facsimile:     (650) 938-5200

Attorneys for Plaintiff
Spring Design Inc.



*IT IS SO ORDERED AS MODIFIED*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Spring Design Inc., | Case No. C 09 05185 JW |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| v. | |
| Barnesandnoble.com LLC, | Trial Date:  None set |
| Defendant. | |

WHEREAS, Plaintiff Spring Design Inc. ("Spring") served its First Amended Complaint against Defendant Barnesandnoble.com LLC ("B&N") on November 12, 2009;

WHEREAS, the parties stipulated on November 25, 2009 that B&N should have until December 14, 2009 to answer or otherwise respond to the First Amended Complaint;

WHEREAS, per a further agreement between the parties, B&N has not yet answered or otherwise responded to the First Amended Complaint;

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective counsel of record for all purposes in the above-captioned action including trial,

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

that:

1. Spring may file a Second Amended Complaint, a copy of which is attached hereto as Exhibit A.

2. Defendant B&N will file its motion to dismiss the Second Amended Complaint within the time provided by Fed. R. Civ. P. 15; to the extent B&N is required to answer the Second Amended Complaint, such answer will be due 14 days after a ruling on the motion to dismiss.

Dated: December 23, 2009

By: /s/Lynn H. Pasahow
Lynn H. Pasahow (CSB No. 054283)
lpasahow@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:    (650) 988-8500
Facsimile:     (650) 938-5200

Attorneys for Plaintiff
Spring Design Inc.

Dated: December 23, 2009

By: /s/Melissa J. Baily
Melissa J. Baily
melissabaily@quinnemanuel.com
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA  94111
Telephone:    (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for Defendant
Barnesandnoble.com LLC

1 **ATTESTATION PURSUANT TO GENERAL ORDER 45**

2 I, Lynn H. Pasahow, attest that concurrence in the filing of this document has been

3 obtained from the other signatory.

4 I declare under penalty of perjury that the foregoing is true and correct. Executed on

5 December 23, 2009.

6 By: /s/ Lynn H. Pasahow
7      Lynn H. Pasahow

10 **ORDER**

11 PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED. Plaintiff shall file its Second Amended Complaint as a *separate* docket entry on or before **January 15, 2010**.

12 Dated: January 11, 2009

        */s/ James Ware*
13 JAMES WARE
UNITED STATES DISTRICT JUDGE