IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Spring Design, Inc., | NO. C 09-05185 JW |
| Plaintiff, | **ORDER OVERRULING OBJECTION TO SPECIAL MASTER'S DISCOVERY ORDER** |
| v. | |
| Barnesandnoble.com, LLC, | |
| Defendant. | |

Presently before the Court is Defendant's Limited Objection to Discovery Order Number Three. (hereafter, "Objection," Docket Item No. 104.) Defendant objects to the extent that the Discovery Order could be interpreted to resolve issues that were not briefed, heard, or otherwise presented for adjudication by the Special Master. (Objection at 2.)

Upon review, the Court finds that Defendant has not stated a proper objection to any part of the Special Master's Discovery Order. Instead, Defendant merely asks the Court to clarify the scope of the Discovery Order. To the extent that Defendant desires clarification of the Discovery Order, it should bring the proper motion before the Special Master.

Accordingly, the Court OVERRULES Defendant's Objection.

Dated: May 3, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David J. Ruderman davidruderman@quinnemanuel.com
Elizabeth J. White bwhite@fenwick.com
J. David Hadden dhadden@fenwick.com
Jennifer A. Kash jenniferkash@quinnemanuel.com
Lynn Harold Pasahow lpasahow@fenwick.com
Melissa J Baily melissabaily@quinnemanuel.com
Ryan Aftel Tyz rtyz@fenwick.com
Saina Sason Shamilov sshamilov@fenwick.com
Thomas H R Denver tdenver@mediationmasters.com

**Dated: May 3, 2010**               **Richard W. Wieking, Clerk**

                               **By:      /s/ JW Chambers
                                      Elizabeth Garcia
                                      Courtroom Deputy**

**United States District Court**
For the Northern District of California