[List of Counsel Appears on Last Page]

**IT IS SO ORDERED AS MODIFIED**
Judge James Ware
5/4/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Spring Design, Inc., | CASE NO. 5:09-cv-05185-JW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE** |
| vs. | Trial Date:    None set |
| Barnesandnoble.com LLC, | |
| Defendant. | |

## STIPULATION

WHEREAS, plaintiff Spring Design, Inc. ("Spring") and defendant Barnesandnoble.com LLC ("BN") agree that the deadlines in the Court's March 4, 2010 Scheduling Order should be modified;

WHEREAS, Special Master Denver considered the parties' proposals regarding a revised schedule, adopted the schedule set forth below, and requested that the parties file this joint stipulation;

NOW, WHEREFORE, pursuant to Civil Local Rules 7-12 and 16-2, BN and Spring stipulate that the March 4, 2010 Scheduling Order should be modified as follows:

| EVENT | DATE |
|---|---|
| Last day to complete document production | June 15, 2010 |
| Last day to complete fact discovery | August 13, 2010 |
| Last day to exchange opening expert reports | August 27, 2010 |
| Last day to exchange rebuttal expert reports | September 10, 2010 |
| Deadline to complete expert discovery | October 1, 2010 |
| Deadline to file motions for summary judgment | October 15, 2010 |
| Deadline to file oppositions to motions for summary judgment | October 25, 2010 |
| Deadline to reply in support of motions for summary judgment | November 1, 2010 |
| Summary judgment hearing | November **22, 2010 at 9:00 AM** |
| Pretrial conference | December 13, 2010 **at 11:00 AM** |

02706.51620/3478904.1

Case No. 5:09-cv-05185-JW
STIPULATION TO MODIFY CASE SCHEDULE

1  IT IS SO AGREED AND STIPULATED.

2  DATED: April 30, 2010

3  QUINN EMANUEL URQUHART & SULLIVAN, LLP

FENWICK & WEST LLP

5  */s/ Melissa J. Baily*
   Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
   Jennifer A. Kash (Bar No. 203679)
   jenniferkash@quinnemanuel.com
   Melissa J. Baily (Bar No. 237649)
   melissabaily@quinnemanuel.com
   50 California Street, 22nd Floor
   San Francisco, California 94111
   Telephone: (415) 875-6600
   Facsimile: (415) 875-6700

   David W. Quinto (Bar No. 106232)
   davidquinto@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017
   Telephone: (213) 443-3000
   Facsimile: (213) 443-3100

   */s/ Saina S. Shamilov*
   Lynn H. Pasahow (CSB No. 054283)
   lpasahow@fenwick.com
   J. David Hadden (CSB No. 176148)
   dhadden@fenwick.com
   Saina S. Shamilov (CSB No. 215636)
   sshamilov@fenwick.com
   Elizabeth J. White (CSB No. 262073)
   bwhite@fenwick.com
   FENWICK & WEST LLP
   Silicon Valley Center
   801 California Street
   Mountain View, California 94041
   Telephone: (650) 988-8500
   Facsimile: (650) 938-5200

   *Attorneys for Plaintiff SPRING DESIGN INC.*

*Attorneys for Defendant BARNESANDNOBLE.COM LLC*

### **ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: April 30, 2010

By:  */s/ Melissa J. Baily*
     Melissa J. Baily

# [PROPOSED] ORDER

Based on the foregoing stipulation of the parties, it is hereby ordered that the case deadlines contained in the March 4, 2010 Scheduling Order are modified as follows:

| EVENT | DATE |
| --- | --- |
| Last day to complete document production | June 15, 2010 |
| Last day to complete fact discovery | August 13, 2010 |
| Last day to exchange opening expert reports | August 27, 2010 |
| Last day to exchange rebuttal expert reports | September 10, 2010 |
| Deadline to complete expert discovery | October 1, 2010 |
| Deadline to file motions for summary judgment | October 15, 2010 |
| Deadline to file oppositions to motions for summary judgment | October 25, 2010 |
| Deadline to reply in support of motions for summary judgment | November 1, 2010 |
| Summary judgment hearing | November **22, 2010 at 9:00 AM** |
| Pretrial conference | December 13, 2010 **at 11:00 AM** |

The parties shall file a joint pretrial conference statement by **December 3, 2010.** All other requirements contained in the Scheduling Order remain.

PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.

DATED: May 4, 2010

_____
The Honorable James Ware
United States District Judge