[List of Counsel Appears on Last Page]

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
5/4/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Spring Design, Inc., <br><br>  Plaintiff, <br><br> vs. <br><br> Barnesandnoble.com LLC, <br><br>  Defendant. | CASE NO. 5:09-cv-05185-JW <br><br> **STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE** <br><br> Trial Date:   None set |

## STIPULATION

WHEREAS, plaintiff Spring Design, Inc. ("Spring") and defendant Barnesandnoble.com LLC ("BN") agree that the deadlines in the Court's March 4, 2010 Scheduling Order should be modified;

WHEREAS, Special Master Denver considered the parties' proposals regarding a revised schedule, adopted the schedule set forth below, and requested that the parties file this joint stipulation;

NOW, WHEREFORE, pursuant to Civil Local Rules 7-12 and 16-2, BN and Spring stipulate that the March 4, 2010 Scheduling Order should be modified as follows:

| EVENT | DATE |
|---|---|
| Last day to complete document production | June 15, 2010 |
| Last day to complete fact discovery | August 13, 2010 |
| Last day to exchange opening expert reports | August 27, 2010 |
| Last day to exchange rebuttal expert reports | September 10, 2010 |
| Deadline to complete expert discovery | October 1, 2010 |
| Deadline to file motions for summary judgment | October 15, 2010 |
| Deadline to file oppositions to motions for summary judgment | October 25, 2010 |
| Deadline to reply in support of motions for summary judgment | November 1, 2010 |
| Summary judgment hearing | November **22, 2010 at 9:00 AM** |
| Pretrial conference | December 13, 2010 **at 11:00 AM** |

IT IS SO AGREED AND STIPULATED.

DATED:  April 30, 2010

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | FENWICK & WEST LLP |
|---|---|
| */s/ Melissa J. Baily* | */s/ Saina S. Shamilov* |
| Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>Jennifer A. Kash (Bar No. 203679)<br>jenniferkash@quinnemanuel.com<br>Melissa J. Baily (Bar No. 237649)<br>melissabaily@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California  94111<br>Telephone:     (415) 875-6600<br>Facsimile:     (415) 875-6700<br><br> David W. Quinto (Bar No. 106232)<br> davidquinto@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California  90017<br>Telephone:     (213) 443-3000<br>Facsimile:     (213) 443-3100<br><br>*Attorneys for Defendant*<br>*BARNESANDNOBLE.COM LLC* | Lynn H. Pasahow (CSB No. 054283)<br>lpasahow@fenwick.com<br>J. David Hadden (CSB No. 176148)<br>dhadden@fenwick.com<br>Saina S. Shamilov (CSB No. 215636)<br>sshamilov@fenwick.com<br>Elizabeth J. White (CSB No. 262073)<br>bwhite@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, California 94041<br>Telephone:  (650) 988-8500<br>Facsimile:   (650) 938-5200<br><br>*Attorneys for Plaintiff SPRING DESIGN INC.* |

## **ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated:  April 30, 2010

By:   */s/ Melissa J. Baily*<br>Melissa J. Baily

# [PROPOSED] ORDER

Based on the foregoing stipulation of the parties, it is hereby ordered that the case deadlines contained in the March 4, 2010 Scheduling Order are modified as follows:

| EVENT | DATE |
| --- | --- |
| Last day to complete document production | June 15, 2010 |
| Last day to complete fact discovery | August 13, 2010 |
| Last day to exchange opening expert reports | August 27, 2010 |
| Last day to exchange rebuttal expert reports | September 10, 2010 |
| Deadline to complete expert discovery | October 1, 2010 |
| Deadline to file motions for summary judgment | October 15, 2010 |
| Deadline to file oppositions to motions for summary judgment | October 25, 2010 |
| Deadline to reply in support of motions for summary judgment | November 1, 2010 |
| Summary judgment hearing | November **22, 2010 at 9:00 AM** |
| Pretrial conference | December 13, 2010 **at 11:00 AM** |

The parties shall file a joint pretrial conference statement by **December 3, 2010.** All other requirements contained in the Scheduling Order remain.

PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.

DATED: May 4, 2010

_____
The Honorable James Ware
United States District Judge