1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| Spring Design, Inc., | CASE NO. 5:09-cv-05185-JW |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER TO EXTEND TIME TO FILE REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT |
| vs. | |
| Barnesandnoble.com LLC, | |
| Defendant. | Trial Date:    None set |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

02706.51620/3750548.1

Case No. 5:09-cv-05185-JW
[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME

1  [~~Proposed~~] ORDER

2  Based on the foregoing stipulation of the parties, it is hereby ordered that:

3  The deadline for both parties to file their respective reply briefs in support of their motions

4  for summary judgment shall be extended from November 1, 2010 to November 3, 2010.

5  PURSUANT TO STIPULATION, IT IS SO ORDERED.

6

7  DATED:  November 2      2010

8

9  _____
The Honorable James Ware
10  United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

02706.51620/3750548.1

Case No. 5:09-cv-05185-JW
[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME