IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Spring Design, Inc., | NO. C 09-05185 JW |
| Plaintiff, | **ORDER FOLLOWING HEARING ON MOTIONS; REFERRING PARTIES TO SPECIAL MASTER** |
| v. | |
| Barnesandnoble.com, LLC, | |
| Defendant. | |

November 22, 2010, the Court conducted a hearing on the parties' various Motions. At the hearing, the Court considered setting a subsequent hearing date on January 13, 2011. However, upon reconsideration, the Court finds that it would benefit from a chronology of stipulated events prior to any further proceedings on the Motions. Thus, the Court refers the parties to the Special Master to prepare a chronology of events relevant to the parties' Motions.

On or before **November 24, 2010**, the parties shall meet and confer with the Special Master to set a time table for the submission of their proposed chronology of undisputed facts. For each event in the chronology, the chronology shall contain a brief summary of what occurred, what was disclosed to whom, and citations to supporting evidence. On or before **December 10, 2010**, the Special Master shall submit a report to the Court containing a final chronology. The Court will set a further hearing date after receipt of the Special Master's report, if necessary.

Dated: November 22, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David J. Ruderman davidruderman@quinnemanuel.com
Elizabeth J. White bwhite@fenwick.com
J. David Hadden dhadden@fenwick.com
Jennifer A. Kash jenniferkash@quinnemanuel.com
Lynn Harold Pasahow lpasahow@fenwick.com
Melissa J Baily melissabaily@quinnemanuel.com
Michael M Davis-Wilson mdaviswilson@fenwick.com
Ryan Aftel Tyz rtyz@fenwick.com
Saina Sason Shamilov sshamilov@fenwick.com
Thomas H R Denver tdenver@mediationmasters.com

**Dated: November 22, 2010**            **Richard W. Wieking, Clerk**

**By:    /s/ JW Chambers**
        **Elizabeth Garcia**
        **Courtroom Deputy**