IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Spring Design, Inc., | NO. C 09-05185 JW |
| Plaintiff, | **ORDER VACATING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| Barnesandnoble.com, LLC, | |
| Defendant. | |

This case is scheduled for a Preliminary Pretrial Conference on December 13, 2010. The parties have filed Cross-Motions for Summary Judgment. (See Docket Item Nos. 145, 151.) On November 22, 2010, the Court referred the parties to a Special Master to develop a chronology of undisputed facts relevant to the parties' Cross-Motions. (See Docket Item No. 180.) In light of the pending dispositive Motions and referral to the Special Master, the Court finds that a Preliminary Pretrial Conference would be premature at this time.

Accordingly, the Court VACATES the December 13 Conference. The Court will set a new Preliminary Pretrial Conference date in its Order addressing the parties' pending Cross-Motions for Summary Judgment, if necessary.

Dated: December 8, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David J. Ruderman davidruderman@quinnemanuel.com
Elizabeth J. White bwhite@fenwick.com
J. David Hadden dhadden@fenwick.com
Jennifer A. Kash jenniferkash@quinnemanuel.com
Lynn Harold Pasahow lpasahow@fenwick.com
Melissa J Baily melissabaily@quinnemanuel.com
Michael M Davis-Wilson mdaviswilson@fenwick.com
Ryan Aftel Tyz rtyz@fenwick.com
Saina Sason Shamilov sshamilov@fenwick.com
Thomas H R Denver tdenver@mediationmasters.com

**Dated: December 8, 2010**              **Richard W. Wieking, Clerk**

**By:**    **/s/ JW Chambers**
      **Elizabeth Garcia**
      **Courtroom Deputy**