[List of Counsel Appears on Last Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Spring Design, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Barnesandnoble.com LLC, <br><br> Defendant. | CASE NO. 5:09-cv-05185-JW <br><br> **JOINT PRELIMINARY PRETRIAL STATEMENT AND [PROPOSED] ORDER** <br><br> Date:       February 7, 2011 <br> Time:       11:00 A.M. <br> Dept:       8, 4th Floor <br> Judge:      Honorable James Ware <br> Trial Date: No date set |

1    Pursuant to the Court's December 27, 2010 Order [Docket No. 186] setting a Pretrial
2 Conference on February 7, 2011, Plaintiff Spring Design, Inc. ("Spring") and Defendant
3 Barnesandnoble.com LLC ("BN") have met and conferred and jointly submit the following
4 statement.

### READINESS FOR TRIAL

6    Pursuant to the Court's Scheduling Order in this action [Dkt. No. 113], fact discovery
7 closed on August 13, 2010.  With respect to expert discovery, the deposition of BN's damages
8 expert is scheduled for March 15, 2011; all other expert discovery was completed prior to the
9 parties' submission of their summary judgment motions on October 15, 2010.  Now that the Court
10 has ruled on the parties' summary judgment motions, and there are no other issues pending before
11 this Court or the appointed Special Master, the parties will be ready for trial as specified below.

### AMOUNT OF TIME COURT SHOULD ALLOCATE FOR TRIAL

13    Spring believes that 4 court days should be allocated for trial, with the time evenly divided
14 between Plaintiff and Defendant.  BN believes that 10 court days will be required for trial in light
15 of the number of claims at issue and the number of witnesses and experts to be called, with the
16 time evenly divided between Plaintiff and Defendant.

### CALENDAR PERIOD FOR TRIAL

18    Plaintiff proposes that the trial date be set to commence on April 4, 2011.
19    Defendant proposes that the trial date be set to commence on September 6, 2011.

### SETTLEMENT DISCUSSIONS

21    The parties are actively engaged in settlement discussions.
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

| | | |
|---|---|---|
| 1 | Dated:  January 28, 2011 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | By:     /s/ Jennifer A. Kash |
| 3 | | Charles K. Verhoeven (Bar No. 170151) |
| | | charlesverhoeven@quinnemanuel.com |
| 4 | | Jennifer A. Kash (Bar No. 203679) |
| | | jenniferkash@quinnemanuel.com |
| 5 | | 50 California Street, 22nd Floor |
| | | San Francisco, California  94111 |
| 6 | | Telephone:       (415) 875-6600 |
| | | Facsimile:        (415) 875-6700 |
| 7 | | David W. Quinto (Bar No. 106232) |
| | | davidquinto@quinnemanuel.com |
| 8 | | 865 South Figueroa Street, 10th Floor |
| | | Los Angeles, California  90017 |
| 9 | | Telephone:       (213) 443-3000 |
| | | Facsimile:        (213) 443-3100 |
| 10 | | Attorneys for Defendant |
| 11 | | BARNESANDNOBLE.COM LLC |

Dated:  January 28, 2011            FENWICK & WEST LLP

By:     /s/ J. David Hadden
Lynn H. Pasahow (CSB No. 054283)
lpasahow@fenwick.com
J. David Hadden (CSB No. 176148)
dhadden@fenwick.com
Saina S. Shamilov (CSB No. 215636)
sshamilov@fenwick.com
Elizabeth J. White (CSB No. 262073)
bwhite@fenwick.com
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone:  (650) 988-8500
Facsimile:  (650) 938-5200

Attorneys for Plaintiff
SPRING DESIGN, INC.

### ATTESTATION PURSUANT TO GENERAL ORDER 45

Pursuant to General Order No. 45, § X(B), regarding signature I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated:  January 28, 2011                    /s/ J.David Hadden
                                            J. David Hadden

## **ORDER**

On February 7, 2011, the Court held a Preliminary Pretrial Conference. All parties appeared in person or telephonically by and through their respective counsel. Having heard the positions of the parties and in light of the above joint statement and all other matters on file in this action and presented to the Court, IT IS HEREBY ORDERED THAT:

The trial in this matter will begin on _____ and each side will be allocated _____ hours for trial.

IT IS SO ORDERED.

Dated: _____, 2011    _____
　　　　　　　　　　　　　　　　　　　　　　The Honorable James Ware
　　　　　　　　　　　　　　　　　　　　　　United States District Judge