1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

| | |
|---|---|
| Spring Design Inc.,<br><br>     Plaintiff,<br><br>vs.<br><br>Barnesandnoble.com LLC,<br><br>     Defendant. | CASE NO. 5:09-cv-05185-JW<br><br>[PROPOSED] ORDER ON DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL:<br><br>DECLARATION OF JENNIFER A. KASH IN SUPPORT OF DEFENDANT BARNESANDNOBLE.COM LLC'S MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF DANIEL BURNS ON DAMAGES<br><br>Trial Date:   September 27, 2011 |

**[PROPOSED] ORDER**

Defendant Barnesandnoble.com, LLC ("BN") has submitted an administrative request to seal the Declaration of Jennifer A. Kash in Support of Defendant Barnesandnoble.com LLC's Motion to Exclude the Opinions and Testimony of Daniel Burns on Damages.

The request is made on the basis that the documents sought to be sealed reflect BN's confidential information designated as protected pursuant to the Stipulated Amended Protective Order entered on February 1, 2011, by Special Master Denver, as well as information that the Plaintiff in this matter contends is confidential and has similarly designated pursuant to the Stipulated Amended Protective Order.

Good cause appearing, the Court **GRANTS** BN's Motion for Administrative Relief To File Under Seal and **ORDERS** that the following document be filed under seal: Declaration of Jennifer A. Kash in Support of Defendant Barnesandnoble.com LLC's Motion to Exclude the Opinion and Testimony of Daniel Burns on Damages and supporting exhibits.

DATED:   March 9   , 2011

_____
The Honorable James Ware
United States District Court Chief Judge

.

02706.51620/3972178.1

Case No. 5:09-cv-05185-JW

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT