LYNN H. PASAHOW (CSB NO. 54283)
lpasahow@fenwick.com
DAVID HADDEN (CSB NO. 176418)
dhadden@fenwick.com
SAINA S. SHAMILOV (CSB NO. 215636)
sshamilov@fenwick.com
ELIZABETH J. WHITE (CSB NO. 262073)
bwhite@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Defendant
Spring Design, Inc.

*IT IS SO ORDERED*
*Judge James Ware*
3//9/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Spring Design, Inc., <br><br>   Plaintiff, <br><br>   v. <br><br> Barnesandnoble.com LLC, <br><br>   Defendant. | Case No. 5:09-cv-05185-JW <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Case No. 5:09-CV-05185-JW
STIPULATION OF DISMISSAL WITH PREJUDICE

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

||
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |
| 28 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between Plaintiff Spring Design, Inc. and Defendant Barnesandnoble.com LLC, through its counsel of record, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own costs and fees.

IT IS SO STIPULATED.

Date: March 3, 2011

FENWICK & WEST LLP,

By: _____
J. David Hadden
Attorneys for Plaintiff
Spring Design, Inc.

Date: MARCH 3, 2011

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: _____
Jennifer A. Kash
Attorneys for Defendant
Barnesandnoble.com LLC

Case No. 5:09-cv-05185-JW
STIPULATION OF DISMISSAL WITH PREJUDICE

## [PROPOSED] ORDER

Good cause appearing for the foregoing stipulation, it is hereby **ORDERED** that this action is dismissed with prejudice, with each party to bear its own costs and fees. All pending motions, deadlines and hearings are terminated. The Clerk shall close this file.

March __9__, 2011

_____
The Honorable James Ware
United States District Judge